

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-00010-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court Number One |
| JORGE SANCHEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20100D04455) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's order granting Appellee's motion for sanctions and suppression of the State's evidence. We therefore reverse the trial court's order granting Appellee's motion for sanctions and suppression of the State's evidence and remand the cause to the trial court, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF MAY, 2014.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rodriguez, J., concurs in judgment only